PAMELA TSAO (SBN: 266734)
ASCENSION LAW GROUP
12341 Newport Ave.
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual, | Case No.: 8:23-cv-00282-DOC-DFM |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| KATHERINE TSAI-KUNG CHANG, an individual | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: May 17, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho